IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40453
Conference Calendar
_____


SAMUEL KAY SHANNON,

Plaintiff-Appellant,

versus

LELAND HEUSZEL,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:94-CV-188
- - - - - - - - - -
August 23, 1995
Before KING, JOLLY, and WIENER, Circuit Judges.

PER CURIAM:*

A complaint filed in forma pauperis may be dismissed as

frivolous pursuant to § 1915(d) if it has no arguable basis in

law or in fact. Booker v. Koonce, 2 F.3d 114, 115 (5th Cir.

1993). This court reviews a § 1915(d) dismissal for an abuse of

discretion. Id.

Shannon has not shown how defendant Heuszel was personally

involved in any alleged constitutional deprivation or how any

---

* Local Rule 47.5 provides: "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession." Pursuant to that Rule, the court has determined
that this opinion should not be published.

policy was involved.  <u>See</u> <u>Thompson v. Steele</u>, 709 F.2d 381, 382 (5th Cir.), <u>cert. denied</u>, 464 U.S. 897 (1983); <u>Thompkins v. Belt</u>, 828 F.2d 298, 304 (5th Cir. 1987).  The district court thus did not abuse its discretion by overruling Shannon's objections to the magistrate judge's report and dismissing Shannon's § 1983 claim as frivolous pursuant to § 1915(d).

Finally, Shannon requests the appointment of counsel.  The case is not so exceptional that appointing counsel would be appropriate.  <u>See</u> <u>Ulmer v. Chancellor</u>, 691 F.2d 209, 212 (5th Cir. 1982).

AFFIRMED.